NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ANTHONY R. ALONZO,**
*Petitioner,*

v.

**DEPARTMENT OF VETERANS AFFAIRS,**
*Respondent.*

---

2012-3010

---

Petition for review of the Merit Systems Protection Board in case no. SF0752100202-I-1.

---

## ON MOTION

---

## ORDER

Anthony R. Alonzo moves for leave to proceed in forma pauperis.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

OCT 2 8 2011
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Anthony R. Alonzo
    Jeanne E. Davidson, Esq.
s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

OCT 2 8 2011

JAN HORBALY
CLERK